NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERMAN HOWARD,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2010-3177

---

Petition for review of the Merit Systems Protection Board in case no. DA0752090172-I-1.

---

**ON MOTION**

---

**O R D E R**

Sherman Howard moves for a 7-day extension of time, until March 14, 2011, to file his appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marshall D. White, Esq.
     Joshua E. Kurland, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2011

JAN HORBALY
CLERK